SALVATORE FAZZINO *v.* BRIAN DEPERRY ET AL.
(13669)

FOTI, SPEAR and HENNESSY, Js.

Submitted on briefs April 21—decision released May 16, 1995

*John F. Harvey, Jr.,* filed a brief for the appellant (defendant Patricia D. Deperry).

*Joseph S. Borkowski* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.